UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| THE LANDS COUNCIL, a Washington nonprofit corporation, WILDWEST INSTITUTE, a Montana nonprofit corporation, | ) ) Case No. CV06-0425-EJL ) |
| Plaintiffs, | ) ) ORDER ) |
| v. | ) ) |
| RANOTTA K. McNAIR, Forest Supervisor for the Idaho Panhandle National Forests; and U.S. FOREST SERVICE, an agency of the United States, | ) ) ) ) |
| Defendants. | ) ) ) ) |

Pending before the Court in the above-entitled matter are Plaintiffs' motion for temporary restraining order, or alternative motion for preliminary injunction, and motion to exceed the page limitations. The motion seeks to enjoin the Defendants from proceeding with the Mission Brush Project located in the northeastern portion of the Bonners Ferry Ranger District. Defendants' have filed a notification of project status and agreed briefing schedule which indicates that said project is not expected to commence until December and, therefore, the motion for temporary restraining order is moot. The notice also sets forth a briefing schedule whereby the Defendants will file a response on or before November 17, 2006 and the Plaintiffs' will reply on or before November 28,

ORDER - 1

2006.

Having reviewed the notice and the record herein and finding good cause exists, the Court HEREBY ORDERS as follows:

1) The Motion for Temporary Restraining Order (Dkt. No. 3) is **MOOT**.

2) The Motion for Leave to File Excess Pages (Dkt. No. 4) is **GRANTED**. Accordingly, Defendants' responsive briefing may likewise be up to twenty-five pages in length.

3) The Defendants shall file their responsive briefing on or before **November 17, 2006**. Any reply shall be filed on or before **November 28, 2006**. Plaintiffs' reply brief shall be no more than thirteen pages.

DATED: **November 6, 2006**

~~Honora~~ble Edward J. Lodge
U. S. District Judge