UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE LANDS COUNCIL, a Washington nonprofit corporation, WILDWEST INSTITUTE, a Montana nonprofit corporation., <br><br>   Plaintiffs, <br><br>vs. <br><br>RANOTTA K. McNAIR, Forest Supervisor for the Idaho Panhandle National Forests; and U.S. FOREST SERVICE, an agency of the United States, <br><br>   Defendants. <br>and <br><br>BOUNDARY COUNTY, CITY OF BONNERS FERRY, CITY OF MOYIE SPRINGS, EVERHART LOGGING, INC., an Idaho corporation, and REGEHR LOGGING, INC., an Idaho corporation, <br><br>   Defendant-Intervenors. | CASE No. CV06-0425-N-EJL <br><br>**JUDGMENT** |

  Based upon this Court's Memorandum Order entered herewith and the Court being fully advised in the premises;

JUDGMENT- 1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs take nothing from the Defendants and Defendant-Intervenors and this case is **DISMISSED** in its entirety.

DATED: **September 30, 2009**

*Edward J. Lodge* (signature)

~~Honora~~ble Edward J. Lodge
U. S. District Judge